IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

FRED HARRIS JR.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

  Appellant,

v.

CASE NO. 1D17-1662

STATE OF FLORIDA,

  Appellee.

_____/

Opinion filed November 6, 2017.

An appeal from the Circuit Court for Escambia County.
Jan Shackelford, Judge.

Fred Harris Jr., pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Daniel R. Krumbholz, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

  AFFIRMED.

WOLF, ROWE, and WINSOR, JJ., CONCUR.